# IN THE SUPREME COURT OF TEXAS

## NO. 15-0944

THE OFFICE OF THE ATTORNEY GENERAL OF TEXAS, PETITIONER

v.

C.W.H., RESPONDENT

## **MANDATE**

**FILED**

11/30/2017

Twelfth Court of Appeals
Pam Estes
Clerk

**To the Trial Court of Nacogdoches County, Greetings:**

Before our Supreme Court on October 20, 2017, the Cause, upon petition for review, to revise or reverse your Judgment.

No. **15-0944** in the Supreme Court of Texas

No. **12-15-00062-CV** in the **Twelfth** Court of Appeals

No. **C0824736** in the **145th District Court** of **Nacogdoches** County, Texas, was determined; and therein our said Supreme Court entered its judgment or order in these words:

THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from the Court of Appeals for the Twelfth District, and having considered the appellate record, briefs, and counsels' argument, concludes that the court of appeals' judgment should be affirmed.

IT IS THEREFORE ORDERED that:

1) The court of appeals' judgment is affirmed;

2) The cause is remanded to the trial court for further proceedings consistent with the Court's opinion; and

3) Each party shall bear its own costs in this Court.

Copies of this judgment and the Court's opinion are certified to the Court of Appeals for the Twelfth District and to the 145th Judicial District Court of Nacogdoches County, Texas, for observance.

FILE COPY

**Wherefore we command you** to observe the order of our said Supreme Court in this behalf, and in all things to have recognized, obeyed, and executed.

BY ORDER OF THE SUPREME COURT OF THE STATE OF TEXAS,

with the seal thereof annexed, at the City of Austin, this the 30th day of November, 2017.

Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk